# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:12CV261-MOC-DSC

| | |
|---|---|
| MARK GREVERA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICROSOFT CORPORATION, )<br>)<br>Defendant. )<br>) | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on "Defendant's Motion to Seal" (Doc. 7) filed May 24, 2012 and the parties' associated briefs and exhibits. See Docs. 8 and 9.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

Having carefully reviewed the pleadings, record, and applicable authority, the Court GRANTS the Motion to Seal with respect to redaction of the names of non-party employees from paragraphs 28 and 29 of Plaintiff's Complaint and from Plaintiff's "Memorandum of Law in Opposition to Defendant's Motion to Seal" (Doc. 8). The Court DENIES the Motion to Seal in all other respects.

**IT IS HEREBY ORDERED** that:

1. "Defendant's Motion to Seal" (Doc. 7) is **GRANTED in part and DENIED in part.** Within five (5) days of the entry of this Order, Plaintiff shall file through the ECF system a copy of Plaintiff's Complaint (Doc. 1, Exhibit A) and Plaintiff's "Memorandum of Law in Opposition to Defendant's Motion to Seal" (Doc. 8) with the names of non-party employees redacted using the event "Redacted Document."

2.  The Clerk is directed to seal the original Plaintiff's Complaint (Doc. 1, Exhibit A) and Plaintiff's "Memorandum of Law in Opposition to Defendant's Motion to Seal" (Doc. 8).

3.  The Clerk is directed to send copies of this Memorandum and Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED.**              Signed: June 22, 2012

David S. Cayer
United States Magistrate Judge