IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00261-MOC-DSC

| | |
|---|---|
| **MARK GREVERA,** )<br>)<br>Plaintiff, )<br>) **ORDER**<br>vs. )<br>)<br>**MICROSOFT CORPORATION,** )<br>)<br>Defendant. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel Discovery and for Attorney's Fees," Doc. 53, filed June 13, 2013 and the parties' associated briefs and exhibits, Docs. 54, 59 and 60. This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

The Court finds that since Plaintiff has raised a disparate impact claim and for the reasons set forth in Plaintiff's Memorandum in Support, Doc. 54, and Reply, Doc. 60, the Motion will be granted.

**IT IS HEREBY ORDERED** that:

1. "Plaintiff's Motion to Compel Discovery and for Attorney's Fees," Doc. 53, is GRANTED. Within thirty (30) days of this Memorandum and Order, Defendant shall provide full and complete responses to Interrogatories 5, 11, 12, 13, 14, 17, and 18; Requests for Production of Documents 3, 6, 9, 11, 12, 13, 15, 16, 17, 18, 22, 23, 24, 25, 26, 30, and 31; and Requests to Admit 1, 2, 3, and 4.

2. The parties shall bear their own costs at this time.

3. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: July 29, 2013

David S. Cayer
United States Magistrate Judge