IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00261-MOC-DSC

| MARK GREVERA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court sua sponte regarding the Court's July 29, 2013 "Memorandum and Order," Doc. 70, in which the Court ordered Defendant to submit an affidavit detailing the attorneys' fees incurred in the filing of the Motion for Protective Order and Sanctions, Doc. 56, within seven (7) calendar days of the date of the Order.

Based upon counsel's communications with the Court, Defendants are no longer seeking sanctions with regard to the Motion. Therefore, the Court, in its discretion, will not award attorneys' fees at this time.

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: August 6, 2013

David S. Cayer
United States Magistrate Judge