# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Civil Action No. 3:12-cv-00261-MOC-DSC

| | |
|---|---|
| **MARK GREVERA,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| **MICROSOFT CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' "Joint Motion to Stay Discovery" (document #78). For good cause shown, the parties' Motion is **GRANTED** and it is hereby **ORDERED** that discovery in this civil action is stayed until September 30, 2013. It is further **ORDERED** that discovery shall be complete by November 27, 2013, dispositive motions shall be filed by December 24, 2013, and trial shall be set for the Court's April 2014 trial term.

**SO ORDERED**.

Signed: August 28, 2013

David S. Cayer
United States Magistrate Judge