IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12-cv-00261-MOC-DSC

| | |
|---|---|
| MARK GREVERA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) |
| MICROSOFT CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion for Extension of Page Limit ("Motion"). For good cause shown, the Motion is GRANTED and it is hereby ORDERED that Microsoft is permitted to file a Memorandum in Support of its Motion for Summary Judgment of up to and including thirty-five (35) pages of substantive text; Plaintiff is permitted to file a response brief of up to and including 40 pages of substantive text; and Microsoft is permitted to file a reply brief of up to 30 pages of substantive text, if needed.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge