**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:12-cv-00261-MOC-DSC**

| | | |
|---|---|---|
| **MARK GREVERA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **MICROSOFT CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Remove Confidential Designations," Doc. 94, filed July 10, 2014 and the parties' associated briefs and exhibits, Docs. 95, 98 and 100.  This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

In his Motion, Plaintiff asks the Court to remove Defendant's Confidential and Highly Confidential designations entirely, to conduct an in camera review, or to order Defendant to review the documents and reclassify them consistent with the Protective Order.  Plaintiff also asks the Court to order that Dr. Palmer Morrel-Samuels' expert report not be subject to designation.  For the reasons set forth in Defendant's Opposition brief, Doc. 98, the Motion is denied.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: September 22, 2014

David S. Cayer
United States Magistrate Judge